**Order filed January 26, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-01018-CV
_____

**CIRILA P. MADRIGAL, Appellant**

**V.**

**CATRINA MONROE FAULWELL, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1085838**

---

# O R D E R

The notice of appeal in this case was filed December 22, 2016. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **February 10, 2017.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM